**No. 61856.**—Corral, Wodiska & Company v. United States, protest 138238–K (Tampa).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the facts and issues are the same in all material respects as those the subject of *Henry Clay and Bock & Co., Ltd.* v. *United States* (41 C. C. P. A. 45, C. A. D. 527), it was held that refund should be made on the involved merchandise at the rates and in the amounts applicable.